UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 FEB 29 AM 9:45
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**Manuel Ray SANCHEZ** )<br>)<br>Defendant. )<br>_____) | Magistrate Case No. **'08 MJ 0608**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Sec.<br>1324(a)(2)(B)(iii) -<br>Bringing in Illegal Aliens<br>Without Presentation (Felony) |

The undersigned complainant, being duly sworn, states:

That on or about **February 28, 2008**, within the Southern District of California, defendant **Manuel Ray SANCHEZ**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Martin LOZANO-Rosado**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **29th** DAY OF **February, 2008**.

_____
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that **Martin LOZANO-Rosado** is a citizen of a country other than the United States; that said alien has admitted that he is deportable; that his testimony is material, that it is impracticable to secure his attendance at the trial by subpoena; and that he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On February 28, 2008, at approximately 5:35 AM, **Manuel Ray SANCHEZ (Defendant)** made application for admission into the United States from Mexico driving a blue 1992 Mercedes Benz through the San Ysidro Port of Entry. Also visibly present in the vehicle were the Defendant's sister and Defendant's minor son.

Customs and Border Protection (CBP) Officers were conducting pre-primary enforcement operations when Defendant was approached as he awaited inspection in vehicle lane 21. A CBP K-9 Officer screened the vehicle utilizing a CBP Canine that alerted to the conveyance. Defendant declared himself to be a United States citizen, gave a negative Customs declaration, claimed ownership of the vehicle and declared that he was going to Chula Vista, California. All occupants and the vehicle were escorted to secondary for a more thorough inspection.

In secondary, one adult male was found secreted in a non-factory gasoline tank located between the rear seat back rest and the trunk. The compartment measured approximately 46" in length, 20" in width and 12" in depth and an alternate fuel source was found attached to the compartment.

The adult male was removed from the concealment area and escorted to a secondary office. Further investigation revealed the male to be a citizen and native of Mexico who has no entitlements to entry, passage or residency in the United States. The male retained as a material witness and is now identified as **Martin LOZANO-Rosado (Material Witness)**. All parties were referred to the Prosecutions Unit for further processing.

Defendant was advised of his Miranda rights and agreed to submit to questioning without benefit of counsel. A videotaped statement was obtained from the Defendant who gave the following declaration: Defendant admitted knowing that the vehicle he was driving contained one undocumented alien concealed inside. Defendant agreed to smuggle the undocumented alien across the border for the monetary sum of $600.00 USD and deliver the vehicle to an undisclosed gasoline station located off J Street in Chula Vista, California.

The Material Witness was also interviewed and a videotaped statement was obtained with the following declaration: Material Witness declared to be a citizen of Mexico who has no legal right to enter the United States. Material Witness entered into a financial agreement with an unidentified smuggler to be smuggled into the United States for the monetary sum of $4,400 USD, payable upon his arrival. Material Witness was destined to Virginia to unite with cousins, establish residency and procure employment.