UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　Plaintiff 　　　　　)<br>　　　　　　　　　　　　　　)<br>vs. 　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>Manuel Ray Sanchez 　　　　)<br>　　　　　　　　　　　　　　)<br>　　　　　Defendant(s) 　　　)<br>_____ ) | CRIMINAL NO. 08CR739-BEN<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 07374298 |

On order of the United States District/Magistrate Judge,   **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Martin Lozano-Rosado

DATED: 3-13-08

RECEIVED _____
　　　　　　　DUSM

NITA L. STORMES
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
　　　Deputy Clerk